# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08-02159-M |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) | 18 U.S.C. § 3143(a) |
| | ) | Allegations of Violations of |
| SAUL TAPIA, | ) | Probation/Supervised Release |
| | ) | Conditions) |
| Defendant. | ) | |

On arrest warrant issued by the United States District Court for the  SDCA  involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

    A.  ( ✓ ) the appearance of defendant as required; and/or

    B.  ( ✓ ) the safety of any person or the community.

        The Court concludes:

    A.  ( ✓ ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he can abide by cond of release_

1  B.  (✓) Defendant is a flight risk because defendant has
2      not shown by clear and convincing evidence that: _
3      _he can abide by conditions of release_____
4      _____
5      _____
6      _____
7      _____

8      IT IS ORDERED defendant be detained.

10     DATED: September 9, 2008

                                    _Carolyn Turchin_____
                                    CAROLYN TURCHIN
                                    U.S. MAGISTRATE/DISTRICT JUDGE